SIGNED.

Dated: September 24, 2019

**Paul Sala, Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Proceedings in Chapter 7 |
| **DAVID J. BARNETT,** | **No. 2:19-bk-09738-PS** |
| Debtor. | |
| **AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL OF ARIZONA,** | ORDER TERMINATING THE AUTOMATIC STAY |
| Movant, | Property: 2014 Mercedes-Benz C250 |
| vs. | |
| **DAVID J. BARNETT**, Debtor, and **DINA ANDERSON**, as Trustee, | |
| Respondents. | |

Movant, AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL OF ARIZONA, having filed a Motion Seeking Termination of the Automatic Stay, through its counsel Patricia Doyle-Kossick, P.L.C.; the Debtor, DAVID J. BARNETT, and the trustee, DINA ANDERSON, having failed to file an objection to the Motion or the proposed form of Order; the Court having considered the allegations contained in the Motion, the Court finds that the property described as:

2014 Mercedes-Benz C250, VIN WDDGF4HB1ER306692

is subject to a valid, perfected security interest and lien of Movant, which interest has not been afforded adequate protection; and good cause appearing therefor, it is

ORDERED, ADJUDGED AND DECREED that the Automatic Stay Against Lien Enforcement in effect with regard to the property described as:

2014 Mercedes-Benz C250, VIN WDDGF4HB1ER306692

is terminated as to AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL OF ARIZONA.

IT IS FURTHER ORDERED that due to the Debtor's surrender of the property to Movant, the 14-day period of Bankruptcy Rule 4001(a)(3) is hereby waived and Movant may execute on this order upon its entry.

**ORDER SIGNED AND DATED ABOVE**